KIRA M. RUBEL [CALIF. STATE BAR NO. 253970]
**LAW OFFICES OF KIRA M. RUBEL**
krubel@kmrlawfirm.com
19689 7th Ave. NE, Suite 160
Poulsbo, WA. 98370
Telephone: (800) 836-6531
Facsimile:  (206)-238-1694

*Attorney for Plaintiff*
*STEVEN WATERBURY*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WATERBURY, an individual, | CASE NO. 16cv1948-MMA-JMA |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. PROC. 41 |
| vs. | |
| ENERGY REMODELING, INC.; | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that Plaintiff STEVEN WATERBURY, hereby dismisses his complaint against Defendant Energy Remodeling, Inc. with prejudice and without further notice.

1  This notice is being filed by Plaintiff before Defendant has filed either an answer or a
2  motion for summary judgment in compliance with Rule 41(a)(1)(A)

3              **LAW OFFICES OF KIRA M. RUBEL**

4

5              ____/s/ Kira M. Rubel_____
               By: Kira M. Rubel, Esq.
6              *Attorney for Plaintiff Steven Waterbury*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF VOLUNTARY DISMISSAL